## STATEMENT OF FACTS

On Wednesday, May 8, 2019 at approximately 2054 hours, members of the Metropolitan Police Department's Narcotics and Special Investigation Division Gun Recovery Unit, were walking in the courtyard in front of 1437 Cedar Street Southeast, Washington, DC, when they observed two individuals exit the apartment building.

Officers made contact with an individual, who was later identified as Charles General (Defendant General). Officers greeted Defendant General, asking him how he was doing. Officers asked Defendant General if he had any weapons on him. Defendant General replied that he had some weed on him and showed the officer. The officer asked Defendant General if he could pat him down, to which Defendant General replied, "You can pat my pockets. You can pat my back pockets." The officer conducted a pat down of Defendant General and as the officer began to pat the right rear pocket of Defendant General, the officer felt a hard metallic object that the officer immediately recognized to be a firearm. Officers placed Defendant General in handcuffs. Officers recovered a firearm from Defendant General's underwear. Defendant General was placed under arrest for Carrying a Pistol without a License and transported to the Seventh District for processing.

The firearm was determined to be a black in color, Smith & Wesson, .380 caliber, model body guard 380, with a serial number of EBU3319, loaded with one (1) round in the chamber and ten (10) rounds in an unknown round capacity magazine.

A WALES/NCIC check of Defendant General revealed he did not have a license to possess a firearm in the District of Columbia. Defendant General has previously be convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant General through the National Crime Information Center confirmed that the defendant had a prior felony conviction in the Superior Court of the District of Columbia, Criminal Case No. 2018-CF2-003014. There are no firearms manufactured in the District of Columbia.

_____
DETECTIVE KIRK DELPO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF MAY, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE